## THOMPSON v. STATE.
### No. 25199.

Court of Criminal Appeals of Texas.
March 28, 1951.

No attorney on appeal, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant, as a second offender, received a penalty of two years in the state penitentiary for driving a motor vehicle upon a public highway while intoxicated, from which conviction he appeals.

He now offers in this court his proper affidavit, stating that he no longer desires to prosecute his appeal from such judgment.

The request is granted and the appeal is therefore dismissed.

## BROWN v. STATE.
### No. 25266.

Court of Criminal Appeals of Texas.
March 21, 1951.

No attorney on appeal for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, seven years' confinement in the penitentiary.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.